DAN RAYFIELD
Attorney General
BRIAN SIMMONDS MARSHALL #196129
NINA ENGLANDER #106119
Senior Assistants Attorneys General
DEREK OLSON #225504
Assistants Attorney General
Trial Attorneys
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: 971-673-1880
Fax: 971-673-5000
Email:  Brian.S.Marshall@doj.oregon.gov
        Nina.Englander@doj.oregon.gov
        Derek.Olson@doj.oregon.gov

Attorneys for Plaintiff, State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON,<br><br>        Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES COAST GUARD; AND ADMIRAL KEVIN LUNDAY, in his official capacity as Acting Commandant of the U.S. Coast Guard,<br><br>        Defendants. | Case No.  6:25-cv-02172-AP<br><br>DECLARATION OF DEREK OLSON IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER |

Page 1 -   DECLARATION OF DEREK OLSON IN SUPPORT OF MOTION FOR TEMPORARY
           RESTRAINING ORDER
           BM2/jt3

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

I, Derek Olson, declare:

1. I am employed as an Assistant Attorney General with the Oregon Department of Justice. I represent the State of Oregon in this case.

2. Attachment 1 to this declaration is a true and correct copy of a letter dated November 19, 2025, from U.S. Senator Ron Wyden to Admiral Kevin E. Lunday of the U.S. Coast Guard.

3. Attachment 2 to this declaration is a true and correct copy of a letter dated November 12, 2025, from U.S. Senators Ron Wyden and Jeff Merkley and Congressional representatives Suzanne Bonamici and Val Hoyle to Department of Homeland Security Secretary Kristi Noem.

4. Attachment 3 to this declaration is a true and correct copy of a Letter from Oregon Ocean Policy Advisory Council (OPAC) Chair Scott McMullen and Vice-Chair David Allen to Oregon Governor Kate Brown (Apr. 21, 2017) (regarding the President's Proposed Fiscal Year 2018 Budget).

5. Attachment 4 to this declaration is a true and correct copy of the declaration of Dr. Leann Cyr, PhD, which was filed as ECF 10 in 6:25-cv-02165, *Newport Fishermen's Wives, Inc. v. United States Coast Guard* in 2025.

6. Attachment 5 to this declaration is a true and correct copy of the declaration of Taunette Dixson, which was filed as ECF 11 in 6:25-cv-02165, *Newport Fishermen's Wives, Inc. v. United States Coast Guard* in 2025.

7. Attachment 6 to this declaration is a true and correct copy of the declaration of Rebecca Bostwick-Terry, which was filed as ECF 9 in 6:25-cv-02165, *Newport Fishermen's Wives, Inc. v. United States Coast Guard* in 2025.

Page 2 -   DECLARATION OF DEREK OLSON IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER
BM2/jt3

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

8. Attachment 7 to this declaration is a true and correct copy of the declaration of Gary Ripka, which was filed as ECF 12 in 6:25-cv-02165, *Newport Fishermen's Wives, Inc. v. United States Coast Guard* in 2025.

9. Attachment 8 to this declaration is a true and correct copy of the declaration of Ginny Goblirsch, which was filed as ECF 7 in 6:14–cv–01890, *Newport Fishermen's Wives, Inc. v. U.S. Coast Guard* in 2014.

10. Attachment 9 to this declaration is a true and correct copy of the declaration of Christopher Martino, which was filed as ECF 19 in 6:14–cv–01890, *Newport Fishermen's Wives, Inc. v. U.S. Coast Guard* in 2014.

11. Attachment 10 to this declaration is a true and correct copy of a November 13, 2025, news article authored by Conrad Wilson, Michelle Wiley, and Dirk VanderHart and published by Oregon Public Broadcasting (OPB), entitled *Newport residents, leaders denounce possible ICE detention facility*, available at https://www.opb.org/article/2025/11/12/newport-residents-leaders-denounce-possible-ice-detention-facility/.

12. Attachment 11 to this declaration is a true and correct copy of a November 10 2025, news article authored by Dirk VanderHart and published by OPB, entitled *Newport officials raise alarm about possible new ICE facility*, available at https://www.opb.org/article/2025/11/10/newport-officials-raise-alarm-about-possible-new-ice-facility/.

13. Attachment 12 to this declaration is a true and correct copy of a November 18, 2025, news article authored by Anya Petrone Slepyan and Jan Pytalski and published by The Daily Yonder, entitled *Coastal Community Left Reeling as USCG Helicopter Gets Relocated, DHS Moves to Build ICE Detention Facility*, available at https://dailyyonder.com/coastal-community-left-reeling-as-uscg-helicopter-gets-relocated-dhs-moves-to-build-ice-detention-facility/2025/11/18/.

Page 3 -   DECLARATION OF DEREK OLSON IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER
BM2/jt3
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

14. Attachment 13 to this declaration is a true and correct copy of an August 4, 2025, news article published by Del Norte Triplicate, entitled *Coast Guard Air Facility in Newport still saving lives*, available at

https://www.triplicate.com/salute_to_the_united_states_coast_guard/coast-guard-air-facility-in-newport-still-saving-lives/article_f32725ec-ed19-5a02-9302-20d77f61b354.html.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on November  24th , 2025.

            *s/ Derek Olson*
            DEREK OLSON

Page 4 -   DECLARATION OF DEREK OLSON IN SUPPORT OF MOTION FOR TEMPORARY
          RESTRAINING ORDER
BM2/jt3
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000