**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SUSANNE LUSE, OSB # 142489**
Assistant United States Attorney
Susanne.Luse@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Telephone:    (503) 727-1000
Facsimile:    (503) 727-1117
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **NEWPORT FISHERMEN'S WIVES;** <br> **LINCOLN COUNTY, et al.,** | Case No. 6:25-cv-02165-AA (Lead) <br> Case No. 6:25-cv-02172-AA (Trailing) |
| Plaintiffs, | |
| v. | **UNOPPOSED MOTION FOR STAY** |
| **UNITED STATES COAST GUARD, et al.,** | |
| Defendants. | |

Page 1        Unopposed Motion for Stay

### CERTIFICATE OF COMPLIANCE PURSUANT TO LR 7-1

Counsel for Defendants have conferred with counsel for Plaintiffs and they do not oppose this motion.

### MOTION

Defendants, by and through counsel, hereby move for a 45-day stay of the above-captioned case for the following reasons:

1. On January 29, 2026, this Court entered its Opinion and Order setting the deadline for Defendants' consolidated responsive pleading to Plaintiffs Newport Fishermen's Wives, Inc. and Lincoln County's complaint, ECF 1, and Plaintiff State of Oregon's conforming second amended complaint, ECF 74, for ten (10) days following the State's filing.

2. On February 5, 2026, Plaintiff State of Oregon filed their conforming second amended complaint and Defendants' responsive pleading is therefore due February 17, 2026.

3. Defendants request a stay of proceedings for 45-days to allow the parties to discuss the resolution of issues in this matter.

4. The parties agree that the Preliminary Injunction Order, ECF 59, shall remain in place during the stay.

5. The parties will notify the Court by joint status report or otherwise if this matter resolves before the stay deadline.

DATED this 17th day of February 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*/s/ Susanne Luse*
SUSANNE LUSE
Assistant United States Attorney
*Attorneys for Defendant*

Page 2     Unopposed Motion for Stay